FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES F. DOUBLEDAY, | NO. CV 07-3069 PA (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| CAL. BOARD OF PRISON TERMS and WARDEN, CAL. STATE PRISON (SOLANO), | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 29, 2008

PERCY ANDERSON
United States District Judge